```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    BYRON W. COOPER (State Bar No. 166578)
 2  IRIS SOCKEL MITRAKOS (State Bar No. 190162)
    DAVID ROSENBERG (State Bar No. 221538)
 3  Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
 4  Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
 5  E-mail: bcooper@townsend.com
    E-mail: ismitrakos@townsend.com
 6  E-mail: drosenberg@townsend.com

 7  Attorneys for Plaintiff
    MIKE McGAUGHY'S CLASSIC CHEVY PARTS, INC.
 8
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MIKE McGAUGHY'S CLASSIC CHEVY PARTS, INC., a California corporation, | Case No. C05 0873 WDB |
|---|---|
| Plaintiff, | **EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES [LOCAL RULE 16-2(d) AND 7-10]** |
| v. | |
| BELL SUPER TECH, INC., a California corporation, dba BELLTECH, Inc. and JAMES FAIRWEATHER aka JAMES REED, | |
| Defendants. | |

Plaintiff, Mike McGaughy's Classic Chevy Parts, Inc. ("Plaintiff"), through its undersigned counsel, moves this Court for an Order continuing the Case Management Conference, currently scheduled for June 29, 2005, and related deadlines, to on or after August 31, 2005.

On March 1, 2005, Plaintiff commenced this action by filing a complaint for patent infringement against Defendants, Bell Super Tech, Inc. d/b/a Belltech, Inc. and James Fairweather a/k/a James Reed (collectively "Defendants"). Defendants have agreed to waive service of the summons pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, and their response to the complaint is due on July 19, 2005.

1  The parties are currently discussing a resolution of this litigation.

2  Accordingly, Plaintiff respectfully request that this court continue the Case Management
3  Conference, currently scheduled for June 29, 2005, to a date on or after August 31, 2005.  Plaintiff
4  further requests that the deadlines associated with the Case Management Conference, such as the
5  filing of a Joint ADR Certification, the conference to discuss the case management plan and the filing
6  of a Case Management Conference Statement, be continued and run from the new Case Management
7  Conference date.

8  The undersigned has contacted Defendants' counsel with regard to the subject of this motion,
9  and Defendants' counsel does not oppose the requested continuance of the Case Management
10 Conference and related dates.

11 DATED:  June 8, 2005                     Respectfully submitted,

12                                          TOWNSEND AND TOWNSEND AND CREW LLP

14                                          By:__/s/  Iris Sockel Mitrakos_____
                                               BYRON W. COOPER
15                                             IRIS SOCKEL MITRAKOS
                                               DAVID ROSENBERG

17                                          Attorneys for Plaintiff
                                            MIKE McGAUGHY'S CLASSIC CHEVY PARTS, INC.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS HEREBY ORDERED that the Case Management Conference, currently scheduled for |
| 3 | June 29, 2005, shall be continued to August 31, 2005 at 1:30 p.m. All dates |
| 4 | |
| 5 | related to and running from the Case Management Conference date are continued and shall run from |
| 6 | the new Case Management Conference date. |
| 7 | DATED: June 9, 2005 |

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

60509412 v1

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Donie Wilson, declare: |
| 3 | I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, 8th Floor, San Francisco, California 94111. |
| 4 | |
| 5 | |
| 6 | On the below stated date, I served the following document(s) exactly entitled: |
| 7 | **EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES [LOCAL RULE 16-2(d) AND 7-10]** |
| 8 | on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Townsend and Townsend and Crew LLP, as follows: |
| 9 | |
| 10 | Mark D. Miller, Esq. |
| 11 | Kimble, MacMichael & Upton<br>Fig Garden Financial Center |
| 12 | 5260 N. Palm Avenue, Suite 221<br>Fresno, California 93704 |
| 13 | Office: 559/ 435-5500<br>Fax: 559/ 435-1500 |
| 14 | Attorneys For: Defendants |
| 15 | [X] U.S. Mail: I am personally and readily familiar with the business practice of Townsend and Townsend and Crew LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service. I caused such document[s] to be sent via U.S. Mail according to the practices above. |
| 16 | |
| 17 | |
| 18 | |
| 19 | [ ] HAND-DELIVERY: I caused such document[s] to be delivered by a courier service on the same day. |
| 20 | [ ] FACSIMILE TRANSMISSION: I caused such document[s] to be sent by facsimile transmission to the above-listed fax number for the party(ies) indicated. |
| 21 | |
| 22 | [ ] OVERNIGHT COURIER: I caused such documents[s] to be delivered by an overnight courier service for delivery by 10:30 a.m. the following business day. |
| 23 | [ ] ELECTRONIC TRANSMISSION: I caused said document[s] to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above. |
| 24 | |
| 25 | I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on June 8, 2005, at San Francisco, California. |
| 26 | |
| 27 | /s/ Donie Wilson<br>Donie Wilson |
| 28 | |

EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES -4-